# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1428

_____

GERDA JEAN,

   Appellant,

   v.

LP PORT CHARLOTTE, LLC d/b/a
Signature Healthcare of Port
Charlotte and GALLAGHER
BASSETT,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident: February 23, 2016.

June 7, 2018

PER CURIAM.

   AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gerda Jean, pro se, Appellant.

Rene Lopez of Lopez & Morales, P.A., Miramar, for Appellees.